UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Make A Mess, LLC and
Gigunda Group, Inc.,

    Plaintiffs,

vs.                                        Civil Action No. 1:10-cv-00409
                                          HON. LANDYA B. McCAFFERTY

Masco Corporation, Delta Faucet
Corporation, Starcom Media Vest Group, Inc.,

    Defendants.
_____/

## NOTICE OF RULE 41(a) DISMISSAL

Plaintiffs Make A Mess, LLC and Gigunda Group, Inc. do hereby DISMISS this action as to Defendant Starcom Media Vest Group, Inc., with prejudice, pursuant to Fed. R. Civ. P. 41(a)(i).

Date: March 3, 2011                              /s/Teresa C. Tucker
                                                    Teresa C. Tucker, NH No. 10071
                                                    Kevin J. Carroll, NH No. 11253
                                                    GROSSMAN, TUCKER, PERREAULT &
                                                     PFLEGER, PLLC
                                                     55 S. Commercial Street
                                                     Manchester, New Hampshire  03101
                                                     ttuckerer@gtpp.com
                                                     603-668-6560
                                                     603-668-2970 (Fax)

                                                     *Attorneys for Plaintiffs Make A Mess, LLC*
                                                     *and Gigunda Group, Inc.*